**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 20-cr-00166-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGELINA MAESTAS,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING AUGUST 7, 2020 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the Recommendation of Magistrate Judge Gallagher (Doc. #36). The Court notes that pursuant to the terms of the written plea agreement, Defendant entered a plea of guilty to Count One of the Indictment which charged violations of 18 C.R.S. § 1512(b)(1), knowingly attempt to intimidate, threaten, corruptly persuade, and engage in misleading conduct and intent to influence, delay, and prevent the testimony of a witness in an official proceeding. The Court also notes that Defendant consented to Magistrate Judge Gallagher advising her with regard to her Constitutional rights and her rights pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Magistrate Judge Gallagher conducted the Rule 11 hearing on August 7, 2020, at which time he appropriately advised the Defendant of her rights and made inquiry as to the Defendant's understanding of the charges, the terms of the plea

agreement, the voluntariness of her plea, and of the consequences of pleading guilty.

Based on that hearing Magistrate Judge Gallagher recommended that the District Court Judge accept Defendant's plea of guilty to Count One of the Indictment.

Neither the Defendant nor the Government has filed any objections to the Magistrate Judge's Recommendation; therefore, it is ORDERED THAT:

1. Court Exhibits 1 and 2 are accepted and admitted.
2. The plea as made in open court on August 7, 2020, is accepted and the Defendant is adjudged guilty of violations of 18 C.R.S. § 1512(b)(1), knowingly attempt to intimidate, threaten, corruptly persuade, and engage in misleading conduct and intent to influence, delay, and prevent the testimony of a witness in an official proceeding.

DATED:  September 2, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge